# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN PERRY, | Case No.: 2:20-cv-10936-DFM |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: March 2, 2022

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

1 | DATE: February 25, 2022   Respectfully submitted,

2 |                             LAW OFFICES OF LAWRENCE D. ROHLFING INC., CPC

3 |                             /s/ *Marc V. Kalagian*

4 |               BY: _____
                          Marc V. Kalagian

5 |                           Attorney for plaintiff  Shirley Ann Perry

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26